AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| GOVINO, LLC, a Delaware limited liability company<br><br>*Plaintiff(s)*<br>v.<br>WHITEPOLES LLC DBA VINTOUT, a Wyoming limited liability company, BRANDSEXCLUSIVE LLC, a Wyoming limited liability company, and DOES 1-10, inclusive<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:16-cv-6981 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WHITEPOLES LLC DBA VINTOUT
1712 Pioneer Ave.
Ste. 500
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott M. Lowry
Lowry Blixseth LLP
23632 Calabasas Rd., Ste. 201
Calabasas, California 91302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| GOVINO, LLC, a Delaware limited liability company <br><br> *Plaintiff(s)* <br> v. <br> WHITEPOLES LLC DBA VINTOUT, a Wyoming limited liability company, BRANDSEXCLUSIVE LLC, a Wyoming limited liability company, and DOES 1-10, inclusive <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:16-cv-6981 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRANDSEXCLUSIVE LLC
555 E Washington Ave. #2203 W
Sunnyvale, CA 94086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott M. Lowry
Lowry Blixseth LLP
23632 Calabasas Rd., Ste. 201
Calabasas, California 91302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*