SCOTT M. LOWRY, ESQ. (CA Bar No. 244,504)
E-Mail: Scott@LawLB.com
STUART O. LOWRY, ESQ. (CA Bar No. 80,336)
E-Mail: Stuart@LawLB.com
LOWRY BLIXSETH LLP
23632 Calabasas Road, Suite 201
Calabasas, California 91302
Telephone: 818-584-6460
Facsimile: 818-574-6026

Attorneys for Plaintiff govino, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GOVINO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHITEPOLES LLC DBA VINTOUT, a Wyoming limited liability company, BRANDSEXCLUSIVE LLC, a Wyoming limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 4:16-cv-06981-JSW (KAW)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GOVINO LLC'S MOTION FOR EXTENSION OF TIME TO FILE SECOND SUPPLEMENTAL DECLARATION PURSUANT TO L.R. 7-11**<br><br>**AS MODIFIED** |

**ORDER AS MODIFIED**

The Court, having considered the papers and arguments of counsel, finds that govino's Motion for Extension of Time of two (2) weeks to file and serve its Second Supplemental Declaration in support of its Motion for Default Judgment, is Granted.

Accordingly, it is hereby ORDERED that Plaintiff govino, LLC shall have an extension of time of two (2) weeks, through and including Thursday, September 28, 2017, within which to file and serve a second supplemental declaration in support of its Motion for Default Judgment.

The manufacturing estimate should be based on 5,000 units (set of four glasses) of each product type— the quantity included in the damages calculation in the motion for default judgment.

IT IS SO ORDERED.

Dated: September 15, 2017

_Kandis Westmore_
HON. KANDIS A. WESTMORE
United States Magistrate Judge